COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 August 27, 2015
 No. 10-15-00265-CV
 MARVIN WILLIE HAWKINS
 v.
 JOHN MALONE
 
 
 From the 414[th] District Court
 McLennan County, Texas
 Trial Court No. 2015-1271-5
 
--------------------------------------------------------------------------------
JUDGMENT

This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
It is further ordered that John Malone is awarded judgment against Marvin Willie Hawkins for John Malone's appellate costs that were paid, if any, by John Malone; and all unpaid appellate court cost, if any, is taxed against Marvin Willie Hawkins.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk